FILED

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

98 OCT 15 AM 9: 23

U.S. DISTRICT COURT
N.D. OF ALABAMA

| | | |
|---|---|---|
| ALFIE LASHON COATS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CV-97-AR-2264-M |
| | ) | |
| CHARLES C. HART and RODNEY L. WARD, | ) | |
| | ) | |
| Defendants. | ) | |

CMo

ENTERED

OCT 1 5 1998

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on September 11, 1998, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed as frivolous under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED. Accordingly, the complaint is due to be dismissed as frivolous pursuant to 28 U.S.C. § 1915A(b). A Final Judgment will be entered.

DATED this 14th day of Oct, 1998.

WILLIAM M. ACKER, JR.
UNITED STATES DISTRICT JUDGE

7